1

2

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

3

4

5

6

7

8

9

10

11

12

| | |
|---|---|
| DAVID VACCARO, individually and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>NEXTDOOR.COM, INC., )<br><br>Defendant. )<br>_____ ) | Case No.<br><br>2:19-cv-10363-TJH-<br><br>**ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS CLAIMS.  [JS-6]** |

13

14

15

16

17

18

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

19

Dated:  JULY 16, 2020

20

21

22

23

24

_____
 Hon. TERRY J. HATTER, JR.,
 UNITED STATES DISTRICT JUDGE

25

26

27

28